## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST HEALTH CARE, LLC, | ) Case No. 21-11336 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2429281 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GCH MANAGEMENT SERVICES, LLC, | ) Case No. 21-11337 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2739208 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| HUD FACILITIES, LLC, | ) Case No. 21-11338 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2577845 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST FACILITIES, LLC, | ) Case No. 21-11339 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2578073 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLORIDA FACILITIES, LLC, | ) Case No. 21-11340 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2577948 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| PENSACOLA ADMINISTRATIVE HOLDINGS, LLC, | ) Case No. 21-11341 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3193278 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| PENSACOLA ADMINISTRATIVE SERVICES, LLC, | ) Case No. 21-11342 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2428994 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST MASTER TENANT HOLDINGS, LLC, | ) Case No. 21-11343 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2748675 | ) |

| | |
|---|---|
| In re: | Chapter 11 |
| GULF COAST MASTER TENANT I, LLC, | Case No. 21-11344 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2550046 | |
| In re: | Chapter 11 |
| GULF COAST MASTER TENANT II, LLC, | Case No. 21-11345 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2550137 | |
| In re: | Chapter 11 |
| GULF COAST MASTER TENANT III, LLC, | Case No. 21-11346 (KBO) |
| Debtor. | |
| Tax I.D. No. 85-3493044 | |
| In re: | Chapter 11 |
| AL CITRONELLE, LLC, | Case No. 21-11347 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2690191 | |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AL WILLOW TREE, LLC , | ) Case No. 21-11348 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2690274 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BREVARD OAKS CENTER, LLC, | ) Case No. 21-11349 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 32-0451736 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FL HUD BAYBREEZE, LLC, | ) Case No. 21-11350 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2636276 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FL HUD BAYSIDE, LLC, | ) Case No. 21-11352 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2643850 | ) |
| | ) |

|  |  |
|---|---|
| In re: | Chapter 11 |
| FL HUD DESTIN, LLC, | Case No. 21-11353 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2644484 | |
| In re: | Chapter 11 |
| FL HUD MARGATE, LLC, | Case No. 21-11354 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2644896 | |
| In re: | Chapter 11 |
| FL HUD PENSACOLA, LLC, | Case No. 21-11355 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2645052 | |
| In re: | Chapter 11 |
| FL HUD ROSEWOOD, LLC, | Case No. 21-11356 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2645474 | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FL HUD SILVERCREST, LLC, | ) | Case No. 21-11357 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2669438 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MF DEBARY, LLC, | ) | Case No. 21-11358 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2694597 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MF FLAGLER, LLC, | ) | Case No. 21-11359 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2694651 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MF HALIFAX, LLC, | ) | Case No. 21-11360 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-3754958 | ) | |
| | ) | |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MF HERITAGE, LLC, | ) Case No. 21-11361 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694722 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MF LAKE EUSTIS, LLC, | ) Case No. 21-11362 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694775 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MF LONGWOOD, LLC, | ) Case No. 21-11363 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694685 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MF OAKWOOD, LLC, | ) Case No. 21-11364 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694811 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MF WINTER PARK, LLC, | ) Case No. 21-11365 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694526 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MS GREENBOUGH, LLC, | ) Case No. 21-11366 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684584 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MS HUD BOYINGTON, LLC, | ) Case No. 21-11367 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2669498 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MS HUD DIXIE, LLC, | ) Case No. 21-11368 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2670012 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MS HUD OCEAN SPRINGS, LLC, | ) Case No. 21-11369 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2670052 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS HUD PINE VIEW, LLC, | ) Case No. 21-11370 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2670109 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS LAKESIDE, LLC, | ) Case No. 21-11371 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684631 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS SHELBY, LLC, | ) Case No. 21-11372 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684684 | ) |
| | ) |

|  |  |
|---|---|
| In re: | Chapter 11 |
| MS SINGING, LLC, | Case No. 21-11373 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2689610 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| NF BRYNWOOD, LLC, | Case No. 21-11374 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2683900 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| NF CHIPOLA, LLC, | Case No. 21-11375 (KBO) |
| Debtor. | |
| Tax I.D. No. 26-2683983 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| NF ESCAMBIA, LLC, | Case No. 21-11376 (KBO) |
| Debtor. | |
| Tax I.D. No. 36-4792972 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NF GLEN COVE, LLC, | ) Case No. 21-11377 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684052 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF MANOR, LLC, | ) Case No. 21-11378 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684126 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF NINE MILE, LLC, | ) Case No. 21-11379 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 61-1818542 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF PANAMA, LLC, | ) Case No. 21-11380 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684180 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NF PENSACOLA MANOR, LLC, | ) Case No. 21-11381 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 90-1008236 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF RIVER CHASE, LLC, | ) Case No. 21-11382 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684250 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF SUWANNEE, LLC, | ) Case No. 21-11383 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684493 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF WINDSOR, LLC, | ) Case No. 21-11384 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684540 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SC-GA2018 COBBLESTONE REHABILITATION AND HEALTHCARE CENTER, LLC, | ) Case No. 21-11385 (KBO) |
| Debtor. | ) |
| Tax I.D. No. 30-1140124 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SF BERKSHIRE, LLC, | ) Case No. 21-11386 (KBO) |
| Debtor. | ) |
| Tax I.D. No. 26-2690355 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SF BOYNTON, LLC, | ) Case No. 21-11387 (KBO) |
| Debtor. | ) |
| Tax I.D. No. 26-2690496 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SF BREVARD, LLC, | ) Case No. 21-11388 (KBO) |
| Debtor. | ) |
| Tax I.D. No. 61-1744824 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SF CARNEGIE, LLC, | ) Case No. 21-11389 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2690561 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF FOUNTAINHEAD, LLC, | ) Case No. 21-11390 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691424 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF GLEN OAKS, LLC, | ) Case No. 21-11391 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2690599 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF KISSIMMEE, LLC, | ) Case No. 21-11392 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691378 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SF LAKE PLACID ALF, LLC, | ) Case No. 21-11393 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 80-0943568 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF LAKE PLACID, LLC, | ) Case No. 21-11394 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691469 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF OAKBROOK, LLC, | ) Case No. 21-11395 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691565 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF ROYAL MANOR, LLC, | ) Case No. 21-11396 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2693564 | ) |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SF SALERNO, LLC, | ) | Case No. 21-11397 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2693715 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SF TAMPA, LLC, | ) | Case No. 21-11398 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2693802 | ) | |
| | ) | |

**MOTION OF DEBTORS FOR ENTRY OF ORDER (I) DIRECTING
JOINT ADMINISTRATION OF THEIR RELATED CHAPTER 11
CASES AND (II) GRANTING RELATED RELIEF**

Gulf Coast Health Care, LLC ("**Gulf Coast**") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby move (the "**Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), granting the relief described below.  In support thereof, the Debtors rely upon the *Declaration of M. Benjamin Jones in Support of Chapter 11 Petitions and First Day Pleadings* (the "**First Day Declaration**"),[1] filed concurrently herewith. In further support of the Motion, the Debtors respectfully represent as follows:

---

[1] Capitalized terms used but not otherwise defined in the Motion shall have the meanings ascribed to them in the First Day Declaration.

## RELIEF REQUESTED

1.      By the Motion, the Debtors respectfully request entry of the Proposed Order

(a) directing procedural consolidation and joint administration of their related chapter 11 cases

and (b) granting related relief.  Specifically, the Debtors request that the Court maintain one file

and one docket for all of these chapter 11 cases under the lead case of Gulf Coast Health Care,

LLC, and that these chapter 11 cases be administered under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GULF COAST HEALTH CARE, LLC, *et al.*,[1] | ) | Case No. 21-11336 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

---

[1]   The last four digits of Gulf Coast Health Care, LLC's federal tax identification number are 9281.  There are 62 Debtors in these chapter 11 cases, for which the Debtors have requested joint administration.  A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/GulfCoastHealthCare.  The location of Gulf Coast Health Care, LLC's corporate headquarters and the Debtors' service address is 40 South Palafox Place, Suite 400, Pensacola, FL 32502.

2.      The Debtors further request that the Court order that the foregoing caption

satisfies the requirements set forth in Bankruptcy Code section 342(c)(1).

3.      Additionally, the Debtors request that an entry be made on the docket of each of

the Debtors' chapter 11 cases, other than on the docket for the case of Gulf Coast Health Care,

LLC, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of
> Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice
> and Procedure of the United States Bankruptcy Court for the District of Delaware
> directing joint administration of the chapter 11 cases of: Gulf Coast Health Care,
> LLC, Case No. 21-11336 (KBO); GCH Management Services, LLC, Case No. 21-
> 11337 (KBO); HUD Facilities, LLC, Case No. 21-11338 (KBO); Gulf Coast
> Facilities, LLC, Case No. 21-11339 (KBO); Florida Facilities, LLC, Case No. 21-

11340 (KBO); Pensacola Administrative Holdings, LLC, Case No. 21-11341 (KBO); Pensacola Administrative Services, LLC, Case No. 21-11342 (KBO); Gulf Coast Master Tenant Holdings, LLC, Case No. 21-11343 (KBO); Gulf Coast Master Tenant I, LLC, Case No. 21-11344 (KBO); Gulf Coast Master Tenant II, LLC, Case No. 21-11345 (KBO); Gulf Coast Master Tenant III, LLC, Case No. 21-11346 (KBO); AL Citronelle, LLC, Case No. 21-11347 (KBO); AL Willow Tree, LLC, Case No. 21-11348 (KBO); Brevard Oaks Center, LLC, Case No. 21-11349 (KBO); FL HUD Baybreeze, LLC, Case No. 21-11350 (KBO); FL HUD Bayside, LLC, Case No. 21-11352 (KBO); FL HUD Destin, LLC, Case No. 21-11353 (KBO); FL HUD Margate, LLC, Case No. 21-11354 (KBO); FL HUD Pensacola, LLC, Case No. 21-11355 (KBO); FL HUD Rosewood, LLC, Case No. 21-11356 (KBO); FL HUD Silvercrest, LLC, Case No. 21-11357 (KBO); MF Debary, LLC, Case No. 21-11358 (KBO); MF Flagler, LLC, Case No. 21-11359 (KBO); MF Halifax, LLC, Case No. 21-11360 (KBO); MF Heritage, LLC, Case No. 21-11361 (KBO); MF Lake Eustis, LLC, Case No. 21-11362 (KBO); MF Longwood, LLC, Case No. 21-11363 (KBO); MF Oakwood, LLC, Case No. 21-11364 (KBO); MF Winter Park, LLC, Case No. 21-11365 (KBO); MS Greenbough, LLC, Case No. 21-11366 (KBO); MS HUD Boyington, LLC, Case No. 21-11367 (KBO); MS HUD Dixie, LLC, Case No. 21-11368 (KBO); MS HUD Ocean Springs, LLC, Case No. 21-11369 (KBO); MS HUD Pine View, LLC, Case No. 21-11370 (KBO); MS Lakeside, LLC, Case No. 21-11371 (KBO); MS Shelby, LLC, Case No. 21-11372 (KBO); MS Singing, LLC, Case No. 21-11373 (KBO); NF Brynwood, LLC, Case No. 21-11374 (KBO); NF Chipola, LLC, Case No. 21- (KBO); NF Escambia, LLC, Case No. 21-11376 (KBO); NF Glen Cove, LLC, Case No. 21-11377 (KBO); NF Manor, LLC, Case No. 21-11378 (KBO); NF Nine Mile, LLC, Case No. 21-11379 (KBO); NF Panama, LLC, Case No. 21-11380 (KBO); NF Pensacola Manor, LLC, Case No. 21-11381 (KBO); NF River Chase, LLC, Case No. 21-11382 (KBO); NF Suwannee, LLC, Case No. 21-11383 (KBO); NF Windsor, LLC, Case No. 21-11384 (KBO); SC-GA2018 Cobblestone Rehabilitation and Healthcare Center, LLC, Case No. 21-11385 (KBO); SF Berkshire, LLC, Case No. 21-11386 (KBO); SF Boynton, LLC, Case No. 21-11387 (KBO); SF Brevard, LLC, Case No. 21-11388 (KBO); SF Carnegie, LLC, Case No. 21-11389 (KBO); SF Fountainhead, LLC, Case No. 21-11390 (KBO); SF Glen Oaks, LLC, Case No. 21-11391 (KBO); SF Kissimmee, LLC, Case No. 21-11392 (KBO); SF Lake Placid ALF, LLC, Case No. 21-11393 (KBO); SF Lake Placid, LLC, Case No. 21-11394 (KBO); SF Oakbrook, LLC, Case No. 21-11395 (KBO); SF Royal Manor, LLC, Case No. 21-11396 (KBO); SF Salerno, LLC, Case No. 21-11397 (KBO); and SF Tampa, LLC, Case No. 21-11398 (KBO). All further pleadings and other papers shall be filed in and all further docket entries shall be made in Gulf Coast Health Care, LLC, Case No. 21-11336 (KBO).

## JURISDICTION AND VENUE

4.    The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157

and 1334 and the *Amended Standing Order of Reference* from the United States District Court

for the District of Delaware, dated February 29, 2012.  This is a core proceeding under 28 U.S.C.

§ 157(b).  Venue of these cases and the Motion in this District is proper under 28 U.S.C. §§ 1408

and 1409.

5.        The legal predicates for the relief requested herein are sections 105(a) and 342 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1015(b) of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1015-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**").

6.        The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry

of a final order by the Court in connection with the Motion in the event that it is later determined

that the Court, absent consent of the parties, cannot enter final orders or judgments in connection

herewith consistent with Article III of the United States Constitution.

## **BACKGROUND**

7.        On the date hereof (the "**Petition Date**"), each Debtor commenced a case by

filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the

"**Chapter 11 Cases**").

8.        The Debtors continue to operate their businesses and manage their properties as

debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

9.        To date, the Office of the United States Trustee for the District of Delaware (the

"**U.S. Trustee**") has not appointed an official committee in the Chapter 11 Cases, nor has any

trustee or examiner been appointed.

10.     Additional information regarding the Debtors and the Chapter 11 Cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of the Chapter 11 Cases, is set forth in the First Day Declaration.

### BASIS FOR RELIEF REQUESTED AND APPLICABLE AUTHORITY

11.     Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  In turn, Bankruptcy Code section 101(2) provides that "affiliate" includes a "corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor …."  11 U.S.C. § 101(2).

12.     Here, non-Debtor Southwest Master Holdings, LLC indirectly owns 50% of the membership interests of each of the 62 Debtor entities.  As such, the Debtors are "affiliates" as that term is defined in Bankruptcy Code section 101(2), and joint administration of the Debtors' Chapter 11 Cases therefore is appropriate under Bankruptcy Rule 1015(b).

13.     Further, Local Bankruptcy Rule 1015-1 provides additional authority for the Court to order joint administration of the Chapter 11 Cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.  An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party-in-interest at any time.  An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

14.     Joint administration is generally non-controversial, and courts in this District routinely order joint administration in cases with multiple related debtors.  *See*, *e.g.*, *In re CMC II, LLC*, Case No. 21-10461 (JTD) (Bankr. D. Del. Mar. 3, 2021) (directing joint administration of chapter 11 cases); *In re Quorum Health Corp.*, Case No. 20-10766 (KBO) (Bankr. D. Del. Apr. 8, 2020) (same); *In re THG Holdings LLC*, Case No. 19-11689 (JTD) (Bankr. D. Del. Jul. 7, 2019) (same); *In re Center City Healthcare, LLC d/b/a Hahnemann Univ. Hospital*, Case No. 19-11466 (MFW) (Bankr. D. Jul. 2, 2019) (same); *In re Promise Healthcare Grp., LLC*, Case No. 18-12491 (CSS) (Bankr. D. Del. Nov. 6, 2018) (same).

15.     Given the integrated nature of the Debtors' operations, joint administration of the Chapter 11 Cases will provide significant administrative convenience without harming the substantive rights of any party-in-interest.  Many of the motions, hearings, and orders in the Chapter 11 Cases will affect each and every Debtor entity.  The entry of the Proposed Order directing joint administration of the Chapter 11 Cases will reduce fees and costs by avoiding duplicative filings and objections.  Joint administration also will allow the U.S. Trustee and all parties-in-interest to monitor the Chapter 11 Cases with greater ease and efficiency.

16.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because the Motion seeks only administrative, not substantive, consolidation of the Debtors' estates.  Parties-in-interest will not be harmed by the relief requested; instead, parties-in-interest will benefit from the cost reductions associated with the joint administration of the Chapter 11 Cases.  Accordingly, the Debtors submit that the joint administration of the Chapter 11 Cases is in the best interests of their estates, their creditors, and all other parties-in-interest.

## NOTICE

17.    The Debtors will provide notice of the Motion to: (a) the U.S. Trustee; (b) the

Internal Revenue Service; (c) the Securities and Exchange Commission; (d) the United States

Attorney for the District of Delaware; (e) the Centers for Medicare & Medicaid Services; (f) the

parties included on the Debtors' consolidated list of their 40 largest unsecured creditors;

(g) counsel for Omega Healthcare Investors, Inc.; (h) counsel for New Ark Capital, LLC;

(i) counsel for Barrow Street Capital LLC and its affiliates; (j) counsel for Eagle Arc Partners

LLC (f/k/a BM Eagle Holdings); and (k) all parties entitled to notice pursuant to Local Rules

2002-1(b) and 9013-1(m).  The Debtors submit that no other or further notice is required.

## NO PRIOR REQUEST

18.    No prior request for the relief sought in the Motion has been made to this or any

other court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as may be just and proper.

Dated: Wilmington, Delaware
October 14, 2021

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*

David R. Hurst (I.D. No. 3743)
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:     (302) 485-3900
Facsimile:     (302) 351-8711
Email:         dhurst@mwe.com

- and -

Daniel M. Simon (*pro hac vice* pending)
Emily C. Keil (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:     (312) 984-7700
Email:         dmsimon@mwe.com
               ekeil@mwe.com

*Proposed Counsel for Debtors and
Debtors-in-Possession*

**EXHIBIT A**

**<u>Proposed Order</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST HEALTH CARE, LLC, | ) Case No. 21-11336 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2429281 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GCH MANAGEMENT SERVICES, LLC, | ) Case No. 21-11337 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2739208 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| HUD FACILITIES, LLC, | ) Case No. 21-11338 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2577845 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST FACILITIES, LLC, | ) Case No. 21-11339 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2578073 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLORIDA FACILITIES, LLC, | ) Case No. 21-11340 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2577948 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| PENSACOLA ADMINISTRATIVE HOLDINGS, LLC, | ) Case No. 21-11341 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3193278 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| PENSACOLA ADMINISTRATIVE SERVICES, LLC, | ) Case No. 21-11342 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2428994 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST MASTER TENANT HOLDINGS, LLC, | ) Case No. 21-11343 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2748675 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST MASTER TENANT I, LLC, | ) Case No. 21-11344 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2550046 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST MASTER TENANT II, LLC, | ) Case No. 21-11345 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2550137 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GULF COAST MASTER TENANT III, LLC, | ) Case No. 21-11346 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 85-3493044 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| AL CITRONELLE, LLC, | ) Case No. 21-11347 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2690191 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AL WILLOW TREE, LLC , | ) Case No. 21-11348 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2690274 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| BREVARD OAKS CENTER, LLC, | ) Case No. 21-11349 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 32-0451736 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FL HUD BAYBREEZE, LLC, | ) Case No. 21-11350 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2636276 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FL HUD BAYSIDE, LLC, | ) Case No. 21-11352 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2643850 | ) |
| | ) |

4

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FL HUD DESTIN, LLC, | ) Case No. 21-11353 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2644484 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FL HUD MARGATE, LLC, | ) Case No. 21-11354 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2644896 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FL HUD PENSACOLA, LLC, | ) Case No. 21-11355 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2645052 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FL HUD ROSEWOOD, LLC, | ) Case No. 21-11356 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2645474 | ) |
| | ) |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FL HUD SILVERCREST, LLC, | ) | Case No. 21-11357 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2669438 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MF DEBARY, LLC, | ) | Case No. 21-11358 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2694597 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MF FLAGLER, LLC, | ) | Case No. 21-11359 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2694651 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MF HALIFAX, LLC, | ) | Case No. 21-11360 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-3754958 | ) | |
| | ) | |

6

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MF HERITAGE, LLC, | ) Case No. 21-11361 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694722 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MF LAKE EUSTIS, LLC, | ) Case No. 21-11362 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694775 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MF LONGWOOD, LLC, | ) Case No. 21-11363 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694685 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MF OAKWOOD, LLC, | ) Case No. 21-11364 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694811 | ) |

7

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MF WINTER PARK, LLC, | ) Case No. 21-11365 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2694526 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS GREENBOUGH, LLC, | ) Case No. 21-11366 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684584 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS HUD BOYINGTON, LLC, | ) Case No. 21-11367 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2669498 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS HUD DIXIE, LLC, | ) Case No. 21-11368 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2670012 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MS HUD OCEAN SPRINGS, LLC, | ) Case No. 21-11369 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2670052 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS HUD PINE VIEW, LLC, | ) Case No. 21-11370 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2670109 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS LAKESIDE, LLC, | ) Case No. 21-11371 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684631 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| MS SHELBY, LLC, | ) Case No. 21-11372 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684684 | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MS SINGING, LLC, | ) Case No. 21-11373 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2689610 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF BRYNWOOD, LLC, | ) Case No. 21-11374 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2683900 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF CHIPOLA, LLC, | ) Case No. 21-11375 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2683983 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF ESCAMBIA, LLC, | ) Case No. 21-11376 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 36-4792972 | ) |

10

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NF GLEN COVE, LLC, | ) Case No. 21-11377 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684052 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF MANOR, LLC, | ) Case No. 21-11378 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684126 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF NINE MILE, LLC, | ) Case No. 21-11379 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 61-1818542 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| NF PANAMA, LLC, | ) Case No. 21-11380 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2684180 | ) |
| | ) |

11

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NF PENSACOLA MANOR, LLC, | ) | Case No. 21-11381 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-1008236 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NF RIVER CHASE, LLC, | ) | Case No. 21-11382 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2684250 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NF SUWANNEE, LLC, | ) | Case No. 21-11383 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2684493 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NF WINDSOR, LLC, | ) | Case No. 21-11384 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2684540 | ) | |
| | ) | |

12

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SC-GA2018 COBBLESTONE REHABILITATION AND HEALTHCARE CENTER, LLC, | ) ) ) | Case No. 21-11385 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 30-1140124 | ) ) | |

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SF BERKSHIRE, LLC, | ) | Case No. 21-11386 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2690355 | ) ) | |

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SF BOYNTON, LLC, | ) | Case No. 21-11387 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2690496 | ) ) | |

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SF BREVARD, LLC, | ) | Case No. 21-11388 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1744824 | ) ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SF CARNEGIE, LLC, | ) Case No. 21-11389 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2690561 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF FOUNTAINHEAD, LLC, | ) Case No. 21-11390 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691424 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF GLEN OAKS, LLC, | ) Case No. 21-11391 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2690599 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF KISSIMMEE, LLC, | ) Case No. 21-11392 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691378 | ) |
| | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SF LAKE PLACID ALF, LLC, | ) Case No. 21-11393 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 80-0943568 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF LAKE PLACID, LLC, | ) Case No. 21-11394 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691469 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF OAKBROOK, LLC, | ) Case No. 21-11395 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2691565 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SF ROYAL MANOR, LLC, | ) Case No. 21-11396 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2693564 | ) |
| | ) |

| | )    | |
|---|---|---|
| In re: | )    | Chapter 11 |
| | )    | |
| SF SALERNO, LLC, | )    | Case No. 21-11397 (KBO) |
| | )    | |
| Debtor. | )    | |
| | )    | |
| Tax I.D. No. 26-2693715 | )    | |
| | )    | |
| In re: | )    | Chapter 11 |
| | )    | |
| SF TAMPA, LLC, | )    | Case No. 21-11398 (KBO) |
| | )    | |
| Debtor. | )    | |
| | )    | |
| Tax I.D. No. 26-2693802 | )    | |
| | )    | |

## ORDER (I) AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**") (a) directing procedural consolidation and joint administration of their related chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and

other parties-in-interest; and after due deliberation thereon; and good and sufficient cause

appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by the Court under Case No. 21-11336 (KBO).

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GULF COAST HEALTH CARE, LLC, *et al.*,[1] | ) | Case No. 21-11336 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

---

[1]    The last four digits of Gulf Coast Health Care, LLC's federal tax identification number are 9281.  There are 62 Debtors in these chapter 11 cases, for which the Debtors have requested joint administration.  A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/GulfCoastHealthCare.  The location of Gulf Coast Health Care, LLC's corporate headquarters and the Debtors' service address is 40 South Palafox Place, Suite 400, Pensacola, FL 32502.

4.      The foregoing caption satisfies the requirements set forth in the first sentence of

Bankruptcy Code section 342(c)(1).

5.      An entry shall be made on the docket of each of the Debtors' cases, other than

that of Gulf Coast Health Care, LLC, that is substantially similar to the following:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of
Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice
and Procedure of the United States Bankruptcy Court for the District of Delaware
directing joint administration of the chapter 11 cases of: Gulf Coast Health Care,
LLC, Case No. 21-11336 (KBO); GCH Management Services, LLC, Case No. 21-

11337 (KBO); HUD Facilities, LLC, Case No. 21-11338 (KBO); Gulf Coast Facilities, LLC, Case No. 21-11339 (KBO); Florida Facilities, LLC, Case No. 21-11340 (KBO); Pensacola Administrative Holdings, LLC, Case No. 21-11341 (KBO); Pensacola Administrative Services, LLC, Case No. 21-11342 (KBO); Gulf Coast Master Tenant Holdings, LLC, Case No. 21-11343 (KBO); Gulf Coast Master Tenant I, LLC, Case No. 21-11344 (KBO); Gulf Coast Master Tenant II, LLC, Case No. 21-11345 (KBO); Gulf Coast Master Tenant III, LLC, Case No. 21-11346 (KBO); AL Citronelle, LLC, Case No. 21-11347 (KBO); AL Willow Tree, LLC, Case No. 21-11348 (KBO); Brevard Oaks Center, LLC, Case No. 21-11349 (KBO); FL HUD Baybreeze, LLC, Case No. 21-11350 (KBO); FL HUD Bayside, LLC, Case No. 21-11352 (KBO); FL HUD Destin, LLC, Case No. 21-11353 (KBO); FL HUD Margate, LLC, Case No. 21-11354 (KBO); FL HUD Pensacola, LLC, Case No. 21-11355 (KBO); FL HUD Rosewood, LLC, Case No. 21-11356 (KBO); FL HUD Silvercrest, LLC, Case No. 21-11357 (KBO); MF Debary, LLC, Case No. 21-11358 (KBO); MF Flagler, LLC, Case No. 21-11359 (KBO); MF Halifax, LLC, Case No. 21-11360 (KBO); MF Heritage, LLC, Case No. 21-11361 (KBO); MF Lake Eustis, LLC, Case No. 21-11362 (KBO); MF Longwood, LLC, Case No. 21-11363 (KBO); MF Oakwood, LLC, Case No. 21-11364 (KBO); MF Winter Park, LLC, Case No. 21-11365 (KBO); MS Greenbough, LLC, Case No. 21-11366 (KBO); MS HUD Boyington, LLC, Case No. 21-11367 (KBO); MS HUD Dixie, LLC, Case No. 21-11368 (KBO); MS HUD Ocean Springs, LLC, Case No. 21-11369 (KBO); MS HUD Pine View, LLC, Case No. 21-11370 (KBO); MS Lakeside, LLC, Case No. 21-11371 (KBO); MS Shelby, LLC, Case No. 21-11372 (KBO); MS Singing, LLC, Case No. 21-11373 (KBO); NF Brynwood, LLC, Case No. 21-11374 (KBO); NF Chipola, LLC, Case No. 21-11375 (KBO); NF Escambia, LLC, Case No. 21-11376 (KBO); NF Glen Cove, LLC, Case No. 21-11377 (KBO); NF Manor, LLC, Case No. 21-11378 (KBO); NF Nine Mile, LLC, Case No. 21-11379 (KBO); NF Panama, LLC, Case No. 21-11380 (KBO); NF Pensacola Manor, LLC, Case No. 21-11381 (KBO); NF River Chase, LLC, Case No. 21-11382 (KBO); NF Suwannee, LLC, Case No. 21-11383 (KBO); NF Windsor, LLC, Case No. 21-11384 (KBO); SC-GA2018 Cobblestone Rehabilitation and Healthcare Center, LLC, Case No. 21-11385 (KBO); SF Berkshire, LLC, Case No. 21-11386 (KBO); SF Boynton, LLC, Case No. 21-11387 (KBO); SF Brevard, LLC, Case No. 21-11388 (KBO); SF Carnegie, LLC, Case No. 21-11389 (KBO); SF Fountainhead, LLC, Case No. 21-11390 (KBO); SF Glen Oaks, LLC, Case No. 21-11391 (KBO); SF Kissimmee, LLC, Case No. 21-11392 (KBO); SF Lake Placid ALF, LLC, Case No. 21-11393 (KBO); SF Lake Placid, LLC, Case No. 21-11394 (KBO); SF Oakbrook, LLC, Case No. 21-11395 (KBO); SF Royal Manor, LLC, Case No. 21-11396 (KBO); SF Salerno, LLC, Case No. 21-11397 (KBO); and SF Tampa, LLC, Case No. 21-11398 (KBO).  All further pleadings and other papers shall be filed in and all further docket entries shall be made in Gulf Coast Health Care, LLC, Case No. 21-11336 (KBO).

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for the jointly-administered cases.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.